IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Donald C. Kupperstein,  )
           Plaintiff  )
  )
v.  )  Case No.: 1:20-cv-11868-FDS
  )
Charles D. Baker in his official capacity as  )
Governor of Massachusetts,  )
  )
Richard J. McMahon,  )
  )
Marylou Sudders, Secretary of the Executive  )
Office of Health and Human Services,  )
  )
Daniel Tsai, Director of the Office of Medicaid,  )
  )
Rhonda MacLeod and Austin McHoul,  )
           Defendants  )

## SERVER'S SECOND AFFIDAVIT OF PROOF OF SERVICE

    I, the undersigned, certify and declare that in addition to the service of summons and complaint described in the Server's Affidavit of Proof of Service which has already been filed with the court, on February 12, 2021 there was the following additional service of summons and complaint upon three individual defendants, each of whom had already been served:

1. Marylou Sudders at her home, 16 Sargent Steet, Cambridge, MA. at 8:30 a.m.....Last and usual....occupants would not come to the door.

2. Daniel Tsai, in hand, at 114 Trowbridge St., Cambridge. MA at 9:30 a.m.

3. Richard McMahon at 139 E. Clinton Street, New Bedford, MA at 12:15 pm. ...occupants would not come to the door.

CERTIFICATE OF SERVICE

I hereby certify that service has been made of Server's Second Affidavit of Proof of Service on all parties by email on February 16, 2021.

/s/ Donald C. Kupperstein