IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Donald C. Kupperstein,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Case No.: 1:20-CV-11868-FDS<br>) |
| Charles D. Baker in his official capacity as<br>Governor of Massachusetts, | )<br>)<br>) |
| Richard J. McMahon, | )<br>) |
| Marylou Sudders, Secretary of the Executive<br>Office of Health and Human Services, | )<br>)<br>) |
| Daniel Tsai, Director of the Office of Medicaid, | )<br>) |
| Rhonda MacLeod and Austin McHoul,<br>    Defendants | )<br>) |

## REQUEST FOR ENTRY OF DEFAULT

Comes now Donald C. Kupperstein and hereby requests the Clerk to enter a default against the defendant, Charles D. Baker, Governor of Massachusetts on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

              Respectfully submitted,

              */s/ Donald C. Kupperstein*

              Donald C. Kupperstein
              BBO No. 543683
              704 Foundry Street
              South Easton, MA 02375
              (508) 230-0363
              dkupperstein@comcast.net

**Dated: February 25, 2021**

## AFFIDAVIT OF COUNSEL

The defendant is not an infant, is not incompetent, and is not in military service.

Sworn under penalty of perjury on February 25, 2021 at South Easton, MA.

/s/ *Donald C. Kupperstein*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I served a true copy of the above documents on all parties by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts, and/or by email to their counsel.

/s/ *Donald C. Kupperstein*