UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. KUPPERSTEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES D. BAKER in his official capacity as Governor of Massachusetts,<br><br>RICHARD J. MCMAHON,<br><br>MARYLOU SUDDERS, Secretary of the Executive Office ff Health And Human Services.<br><br>DANIEL TSAI, DIRECTOR OF THE OFFICE OF MEDICARD,<br><br>RHONDA MACLEOD AND AUSTIN MCHOUL<br><br>    Defendants. | C.A. NO. 1:20-CV-11868-FDS |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE COURT:**

Please enter my appearance as counsel for Defendant Austin McHoul, in the above-referenced matter.

                                                                                The Defendant
                                                                                Austin McHoul
                                                                                By His Attorneys,

                                                                                /s/ *Doyle C. Valley*
                                                                                Doyle C. Valley, BBO #638578
                                                                                dvalley@morrisonmahoney.com
                                                                                MORRISON MAHONEY LLP
                                                                                250 Summer Street
                                                                                Boston, MA 02210,
                                                                                Phone: (617)-439-7500
                                                                                Fax: (617)-439-7590

100214502

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 25, 2021

 /s/ *Doyle C. Valley*

100214502