UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. KUPPERSTEIN,

    Plaintiff,

    v.

CHARLES D. BAKER in his official capacity as Governor of Massachusetts,

RICHARD J. MCMAHON,

MARYLOU SUDDERS, Secretary of the Executive Office ff Health And Human Services.

DANIEL TSAI, DIRECTOR OF THE OFFICE OF MEDICARD,

RHONDA MACLEOD AND AUSTIN MCHOUL

    Defendants.

C.A. NO. 1:20-CV-11868-FDS

### DEFENDANT AUSTIN MCHOUL'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT

Defendant Austin McHoul ("Defendant") hereby moves for this Court for an extension to March 5, 2021 to respond to Plaintiff Donald C. Kupperstein's ("Plaintiff") First Amended Complaint. Defendant states the following in support of his Motion:

1. Plaintiff initiated this matter on or about October 16, 2020 and filed a First Amended Complaint on or about January 22, 2021.

2. Defendant received a copy of the First Amended Complaint on February 1, 2021.

3. Defendant retained the undersigned counsel on February 17, 2021.

100213650

4. The First Amended Complaint is 26 pages long and contains 191 paragraphs.

5. Further, the First Amended Complaint references a multitude of other civil proceedings and contains 12 pages of attachments.

6. The requested extension is for the purposes of carefully reviewing the factual allegations of the First Amended Complaint in order to provide a thorough and accurate responsive pleading.

7. Prior to filing this motion, Defendant conferred with Plaintiff regarding the requested extension and Plaintiff does not have any objection.

8. No party will be prejudiced by the requested extension.

WHEREFORE, for at least the foregoing reasons, Defendant respectfully requests an extension until March 5, 2021 to respond to Plaintiff Donald C. Kupperstein's ("Plaintiff") First Amended Complaint.

Respectfully submitted,

Austin McHoul

By His Attorneys,

/s/ *Doyle C. Valley*
Doyle C. Valley, BBO #638578
dvalley@morrisonmahoney.com
Michael P. Beers, BBO #687876
mbeers@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210,
Phone: (617)-439-7500
Fax: (617)-439-7590

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 25, 2021

 /s/ *Doyle C. Valley*

100213650