IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Donald C. Kupperstein,                          )
        Plaintiff                              )
                                                )
v.                                              )    Case No.: 1:20-CV-11868-FDS
                                                )
Charles D. Baker in his official capacity as    )
Governor of Massachusetts,                      )
                                                )
Richard J. McMahon,                             )
                                                )
Marylou Sudders, Secretary of the Executive    )
Office of Health and Human Services,            )
                                                )
Daniel Tsai, Director of the Office of Medicaid, )
                                                )
Rhonda MacLeod and Austin McHoul,               )
        Defendants                             )

PLAINTIFF'S MOTION FOR A WRIT

    Pursuant to FRCP 21(c), Donald C. Kupperstein, ("Kupperstein") respectfully requests this honorable Court to issue a writ pursuant to its inherent powers, its authority under 42 U.S.C. §1985(2) (clause i), 5 U.S.C. §705, 28 U.S.C. § 1651(a), FRCP 62, FRCP 65, or otherwise.

    In order to avoid impeding plaintiff Kupperstein in his efforts to prosecute and/or assist in the prosecution of this action;

    in order to prevent conduct that would provide an unfair litigation advantage to the opposing parties;  and,

    in order to protect the Court's jurisdiction in this matter,

    (1)    Kupperstein should not have his property encumbered or seized;

1

    (2)    Kupperstein should be free to travel within and without Massachusetts; and,

    (3)    should not be incarcerated.

Restrictions imposed upon his travel and/or seizure of his property or person would provide an unfair litigation advantage to opposing parties.

To be clear, Kupperstein is not seeking amendment or vacatur of state-imposed orders, judgments, decrees or sentences. He seeks only to stay enforcement of such orders, judgments, decrees or sentences while the instant case is being prosecuted, or until further order of this Court.

The Memorandum in Support of Plaintiff's Motion for a Writ filed herewith, explains why this case presents exactly the kind of scenario that deserves the prayed-for relief.

Respectfully submitted,

*/s/ Donald C. Kupperstein*

Donald C. Kupperstein
BBO No. 543683
704 Foundry Street
South Easton, MA 02375
(508) 230-0363
dkupperstein@comcast.net

**Dated: March 22, 2021**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I served true copies of the above Motion for a Writ on all parties by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts, and/or by email to their counsel.

*/s/ Donald C. Kupperstein*