**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Donald C. Kupperstein**

    Plaintiff

   V.

             CIVIL ACTION

             NO.  20-11868-FDS


**Charles D. Baker et al.**

    Defendant


## ORDER OF DISMISSAL


Saylor, C. J.


   In accordance with the Court's Memorandum and  dated July 21, 2021 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


         By the Court,


7/21/2021         /s/ Christina McDonagh
  Date            Deputy Clerk